**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. Troy King
Attorney General for the
State of Alabama
11 South Union Street
Montgomery, AL 36130

06CV 921

*COMPLETE THIS SECTION ON DELIVERY*

A. Received by (Please Print Clearly) | B. Date of Delivery
Givner | 10/18/06

C. Signature
X _Givner_
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Copy from s...

7005 1820 0002 3461 5428

PS Form 3811, July 1999          Domestic Return Receipt          102595-00-M-0952