| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly): Joshua J. Barnes    B. Date of Delivery: 11/03/06<br>C. Signature<br>X _Joshua J. Barnes_    ☐ Agent    ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>James Olen Simpson, Jr., #224823<br>Fountain Correctional Facility<br>Fountain 3800<br>Atmore, AL 36503<br><br>06cv921 Show Cause 8 | 3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered    ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number (Copy from service label) | 7003 0500 0002 7929 4576 |
| PS Form 3811, July 1999 | Domestic Return Receipt    102595-00-M-0952 |