In the District Court of the United States for the Middle District of Alabama Eastern Division

James Simpson Jr.

§
§
§
§
§

V

Jerry Ferrell

§
§
§
§

Case No. 3:06-CV-921-MEF

RECEIVED
2006 NOV 20 A 10:32
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION TO SHOW CAUSE WHY FEDERAL HABEAS CORPUS SHOULD NOT BE DENIED

Comes now before this Court, Pro-Se, Inmate James Simpson Jr., Petitioner in the above, entitled, styled and numbered cause and respectfully files this Motion to Show Cause why Federal Habeas Corpus should not be Denied. The Petitioner will respectfully show the following in support of this Motion.

### I

(1) On November 3rd, 2006 United States Magistrate Judge Susan Russ Walker ordered

Cont'
(1)

that on or before November 27, 2006 Simpson Simpson shall show cause why his Federal Habeas Petition should not be denied as it was not filed within the one-year limitation period established by 28 U.S.C. § 2244(d)(1)

## II

(1) On 7-31-02 the Petitioner was sentenced to 20 yrs in the Alabama Dept of Corrections for the instant offense of Leaving the Scene of an Accident Involving Injuries or Death. The trial and sentencing was held in absentia.

(2) Simpsons, Petitioner's lawyer appealed the imposition of sentence. Petitioner was unaware of a trial, sentence or an appeal at that time.

(3) In November 2002 the Petitioner was actually in custody in the Chambers County Jail awaiting transportation to the Alabama Dept. of Corrections and became aware that an appeal was filed.

(4) In December 2002 the Petition was in custody of the Alabama Dept of Corr. at the Kilby Correctional Facility.

(5) It wasn't until Jan 2004 at the Limestone Corr. Facility did the Petitioner find out the appeal had been denied.

cont'
(2)

Counsel led the Petitioner to believe that Counsel would exhaust state remedies to the fullest. Counsel on appeal told the Petitioner that for 750.00 Dollars he could get the Petitioners sentence reconsidered to a 20 split time served with 5 yrs probation. The Petitioner did not have 750.00 Dollars and did not know Counsel did not appeal the denial to the Alabama Supreme Court. The Petitioner did not find out until 2005 that Counsel had not exhausted state remedies therefore, it would be impossible for the Petitioner to file within the one-year limitation period established by 28 U.S.C. § 2444(d)(1) because of Counsel's unproffessional efforts.

Therefore with all premises considered and the hearing of this petition I pray this court continue said cause

Respectfully Submitted

James Olen Simpson Jr
JAMES SIMPSON JR
#224823
Fountain 3800
Atmore, AL. 36503

(3)

## CERTIFICATE OF SERVICE

I HEREBY DECLARE THAT A TRUE AND CORRECT COPY OF THE FOREGOING MOTION WAS MAILED BY WAY OF U.S. POSTAL SERVICE TO:

OFFICE OF THE CLERK
UNITED STATE DISTRICT COURT
P.O. BOX 711
MONTGOMERY, AL. 36101-0711

ON THIS THE 14 DAY OF November 2006

*James Simpson Jr.*
PETITIONER

(4)