IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2006 NOV 21  A 10: 32

...RA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| JAMES OLEN SIMPSON, JR. #224823 | ) |
| Petitioner, | ) |
| vs. | ) CIVIL ACTION NO. 3:06-CV-921-MEF |
| JERRY FERRELL, et al., | ) |
| Respondents. | ) |

## AFFIDAVIT

Before me, the undersigned authority, personally appeared Jerry Ferrell, who is known to me, and who, after being by me first duly sworn according to the law deposes and says that he is informed of and has personal knowledge of the matters set forth in this Affidavit.

My name is Jerry Ferrell. I am currently employed as a Warden III with the State of Alabama Department of Corrections at G.K Fountain Correctional Center, Atmore, Alabama. I am over twenty-one years of age.

I have read case no. 3:06-CV-921-MEF and understand the petitioner alleges that counsel allowed the trial judge to proceed in the petitioner's case for the charge of leaving the scene of an accident involving injuries or death, without the petitioner being present. The facts of the case were not investigated. Notice was not given to the petitioner to appear in court. The trial lawyer failed to file a motion for a new trial or an appeal. Counsel allowed restitution to be imposed without

- 1 -

petitioner's presence.

Petitioner Simpson was not incarcerated at Fountain during the time of his trial when the petitioner alleges the violations occurred. The petitioner was received at Fountain on 05/03/06. This respondent has no knowledge of the petitioner's allegations.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Jerry Ferrell, Warden III

Sworn and subscribed to before me
this 2ND day of November 2006

_____
NOTARY PUBLIC

March 01, 2008
MY COMMISSION EXPIRES