James Olen Simpson, JR. #224823, )
Petitioner, )
)  CIVIL Action
v. )  NO. 3:06-CV-921
Jerry Ferrell, et Al., )       -MEF
Respondents. )

I'm writing to inform the Court and the United States Magistrate Judge- Susan Russ Walker that my Address has changed from 3800 Fountain. Atmore, AL. 36503

To, James Olen Simpson, JR. #224823 dorm C-2 bed 1-B Elmore Correctional Facility P.O. Box 8 Elmore, AL. 36025

THANK YOU

James Simpson 224823

James Simpson 234823
C-2/●-1-B
Po Box 8
Elmore, AL 36025



MONTGOMERY AL 361
05 JUL 2007 PM 3 L

Office of The Clerk
United States District Court
Po Box 711
Montgomery, AL 36101-0711