IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| JAMES OLEN SIMPSON, JR., #224823, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) CASE NO. 3:06-cv-0921-MEF |
| | ) |
| JERRY FERRELL, *et al.*, | ) |
| | ) |
| Respondents. | ) |

# **O R D E R**

On January 27, 2009, the Magistrate Judge filed a Recommendation (Doc. #13) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The 28 U.S.C. § 2254 petition for habeas corpus relief filed by James Olen Simpson, Jr. is DENIED as Simpson has failed to file the petition within the one-year period of limitations set forth in 28 U.S.C. § 2244(d)(1) and this case is DISMISSED with prejudice.

DONE this the 17th day of February, 2009.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE